IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAUL AZUA-ZUNIGA, | § § § | |
| Petitioner, | § § | |
| v. | § § | 1:26-CV-287-RP |
| PAMELA JO BONDI, *in her official capacity as Attorney General of the United States, et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER**

The Court granted Petitioner Raul Azua-Zuniga's ("Petitioner") Petition for Writ of Habeas Corpus, (Dkt. 1), on February 20, 2026. In the original Petition, (Dkt. 1), Petitioner included his minor children's full names, dates of birth, and identity documents. On February 24, 2026, the Court ordered that the parties, within three days, resolve this issue by filing redacted copies with the Court removing minors' private information. (Text order dated February 24, 2026). Attorney for Petitioner did not do so. The inclusion of minors' full names in the Petition, (Dkt. 1), violates Federal Rule of Civil Procedure 5.2(a), which dictates that minors' names must be truncated and/or redacted. The Court orders, sua sponte, that Petitioner's filings containing sensitive personal information, (Dkt. 1 and attachments), shall be sealed.

Counsel is advised to comply with the requirements of Federal Rule of Civil Procedure 5.2(a). The Court has a substantial docket and resource limitations, such that the Court expects attorneys to comply with applicable privacy rules rather than to regularly sua sponte seal filings.

Accordingly, **IT IS ORDERED** that the Clerk shall **SEAL** Petitioner's Petition, (Dkt. 1), and its attachments. **IT IS FURTHER ORDERED** that Petitioner refile a public, redacted copy of the Petition on or before **March 17, 2026.**

**SIGNED** on March 11, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE